# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Theresa Miller<br><br>Debtor(s) | Case No. 11 B 11860 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2011.

2) The plan was confirmed on 06/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/31/2011, 06/11/2012.

5) The case was Converted on 09/14/2012.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,609.21 |
| Less amount refunded to debtor | $147.69 |

**NET RECEIPTS:** $4,461.52

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $201.99 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,715.99

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL Inc | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ACL Inc | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| Brazos Higher ED | Unsecured | 70,018.00 | NA | NA | 0.00 | 0.00 |
| Chase Automotive Finance | Secured | 5,444.00 | 7,378.64 | 5,000.00 | 434.85 | 310.68 |
| Chase Automotive Finance | Unsecured | 5,444.00 | 2,378.64 | 2,378.64 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 700.00 | 1,190.68 | 1,190.68 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,025.00 | 5,618.86 | 5,618.86 | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ERS | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| Geneva Roth Capital | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | NA | 5,322.00 | 5,322.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,947.00 | 1,970.90 | 1,970.90 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 4,298.76 | 4,298.76 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 3,174.00 | NA | NA | 0.00 | 0.00 |
| Impact Payment Solutions | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Instant Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 29,000.00 | 31,785.08 | 31,785.08 | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| Money And More | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,200.00 | 319.88 | 319.88 | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 125,060.00 | 70,924.52 | 70,924.52 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | NA | 2,836.19 | 2,836.19 | 0.00 | 0.00 |
| Sterling & King | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Washington Mutual Providian | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Financial | Unsecured | 3,867.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,000.00 | $434.85 | $310.68 |
| **TOTAL SECURED:** | **$5,000.00** | **$434.85** | **$310.68** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,970.90 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,970.90** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$124,674.61** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,715.99 |
| Disbursements to Creditors | $745.53 |
| **TOTAL DISBURSEMENTS:** | **$4,461.52** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/15/2013                    By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**